Signed: November 25, 2008

_____
**EDWARD D. JELLEN
U.S. Bankruptcy Judge**
_____

REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK #220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
PAUL MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 07-44147 JM |
| JEFFRY JON ZAMJAHN<br>SSN xxx xx 4696 | Chapter 7 |
| Debtor | |
| PAUL MANSDORF, Trustee | |
| Plaintiff | AP # 08-4080 |
| v. | |
| AUSTIN GREINER, SR. | |
| Defendant | |

## DEFAULT JUDGMENT

The defendant Austin Greiner, Sr., having been duly served with the complaint and notice of the status conference in the adversary proceeding herein, having failed to answer plaintiff's complaint, having failed to appear at the status conference in this matter, the default of said defendant having been duly entered, the request for default judgment and declaration in support having been considered, and good cause appearing;

IT IS HEREBY ORDERED that judgment be hereby entered in favor of plaintiff Paul Mansdorf, Trustee, and against defendant Austin Greiner, Sr., on the Trustee's claim for damages for breach of contract, and that plaintiff shall have judgment in the amount of $30,772.69, plus reasonable attorney's fees and post-judgment interest at the rate set forth in 28 U.S.C. § 1961.

**END OF ORDER**

# COURT SERVICE LIST

Austin Greiner, Sr.
5526 Brampton Way
Sacramento CA 95835

Austin Greiner, Sr.
211 Ravenwood Ct.
Granite Bay, CA 95746-6615

Austin Greiner, Sr.
4903 W. Hubbard St.
Chicago, IL 60644-2018

Austin Greiner, Sr.
1060 Hay Barn Lane,
Hutto, TX 78634

Austin Greiner, Sr.
3800 Watt Ave. #225
Sacramento, CA 95821-2670

Austin Greiner, Sr.
3033 Gold Canal Drive
Rancho Cordova, CA 95670

Austin Greiner, Sr.
6545 Sunrise Blvd., Suite 202
Citrus Heights, CA 95610

Austin Greiner, Sr.
c/o Prosperity for Good LLC
3270 Arena Blvd., Suite 400 #171
Sacramento, CA 95834

Paul Mansdorf
1563 Solano Avenue, #703
Berkeley, CA 94707