**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:

Kristina Pollak #220614
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA 94111

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. Bankruptcy Court
STREET ADDRESS: 1300 Clay Street, 3rd Floor
MAILING ADDRESS: P.O. Box 2070
CITY AND ZIP CODE: Oakland, CA 94604
BRANCH NAME: Oakland Division

PLAINTIFF: Paul Mansdorf, Trustee
DEFENDANT: Austin Greiner, Sr.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** [ ] Amended

CASE NUMBER: A.P. # 08-4080

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address
   
   Austin Greiner, Sr.
   5526 Brampton Way
   Sacramento, CA 95835
   
   b. Driver's license No. and state: [✓] Unknown
   c. Social security No.: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Austin Greiner, Sr. 5526 Brampton Way, Sacramento, CA 95835

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Paul Mansdorf, Trustee, c/o Stromsheim & Assoc.
   201 California St, #350, S.F., CA 94111
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.

Date: 01/05/2009
Kristina Pollak, Esq.
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 30,772.69
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 11/25/2008
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):* 1·8·09

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

GLORIA L. FRANKLIN
Clerk, by *(signature)*, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

Case: 08-04080   Doc# 19   Filed: 01/08/09   Entered: 01/08/09 13:52:33   Page 1 of 3

| PLAINTIFF: Paul Mansdorf, Trustee | CASE NUMBER: |
|---|---|
| DEFENDANT: Austin Greiner, Sr. | A.P. # 08-4080 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Austin Greiner, Sr.
211 Ravenwood Ct.
Granite Bay, CA 95746-6615

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to *(address):*

Austin Greiner, Sr.
211 Ravenwood Ct.
Granite Bay, CA 95746-6615

17. Name and last known address

Austin Greiner, Sr.
4903 W. Hubbard Street
Chicago, IL 60644-2018

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to *(address):*

Austin Greiner, Sr.
4903 W. Hubbard Street
Chicago, IL 60644-2018

18. Name and last known address

Austin Greiner, Sr.
1060 Hay Barn Lane
Hutto, TX 78634

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to *(address):*

Austin Greiner, Sr.
1060 Hay Barn Lane
Hutto, TX 78634

19. Name and last known address

Austin Greiner, Sr.
3800 Watt Avenue, #225
Sacramento, CA 95821-2670

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to *(address):*

Austin Greiner, Sr.
3800 Watt Avenue, #225
Sacramento, CA 95821-2670

20. Name and last known address

Austin Greiner, Sr.
3033 Gold Canal Drive
Rancho Cordova, CA 95670

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to *(address):*

Austin Greiner, Sr.
3033 Gold Canal Drive
Rancho Cordova, CA 95670

21. Name and last known address

Austin Greiner, Sr.
6545 Sunrise Blvd., Suite 202
Citrus Heights, CA 95610

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to *(address):*

Austin Greiner, Sr.
6545 Sunrise Blvd., Suite 202
Citrus Heights, CA 95610

22. ✓ Continued on Attachment 22.

| PLAINTIFF: Paul Mansdorf, Trustee | CASE NUMBER: |
|---|---|
| DEFENDANT: Austin Greiner, Sr. | A.P. # 08-4080 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

   Austin Greiner, Sr.
   c/o Prosperity for Good LLC
   3270 Arena Blvd., Suite 400 #171
   Sacramento, CA 95834

   Driver's license No. & state: ☑ Unknown
   Social security No.: ☑ Unknown
   Summons was personally served at or mailed to *(address):*
   Austin Greiner, Sr.
   c/o Prosperity for Good LLC
   3270 Arena Blvd., Suite 400 #171
   Sacramento, CA 95834

17. Name and last known address

   Driver's license No. & state: ☐ Unknown
   Social security No.: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

18. Name and last known address

   Driver's license No. & state: ☐ Unknown
   Social security No.: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

19. Name and last known address

   Driver's license No. & state: ☐ Unknown
   Social security No.: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

20. Name and last known address

   Driver's license No. & state: ☐ Unknown
   Social security No.: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

21. Name and last known address

   Driver's license No. & state: ☐ Unknown
   Social security No.: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

22. ☐ Continued on Attachment 22.

Case: 08-04080   Doc# 19   Filed: 01/08/09   Entered: 01/08/09 13:52:33   Page 3 of 3